IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KATHERINE DENISE
BERRYMAN,

     Appellant,

v.

JOHN GARRETT
HENDERSON,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5599

Opinion filed July 8, 2015.

An appeal from the Circuit Court for Walton County.
W. Howard LaPorte, Judge.

William M. Blume and Caleb D. Rowland of Blume and Rowland, PLLC, Jacksonville, for Appellant.

Timothy W. Shaw of Anchors Smith Grimsley, Fort Walton Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.